IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rudolpho Guerrero,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, Terry Goddard,<br><br>    Respondents. | No. CV 06-872-PHX-EHC<br><br>**ORDER** |

On March 27, 2006, Petitioner filed a Petition for Writ of Habeas Corpus. [Dkt. 1]. On June 13, 2006, Respondents filed an Answer, claiming that Petitioner's claims are barred by the statute of limitations and, alternatively, procedurally defaulted. [Dkt. 10]. On June 22, 2006, Magistrate Judge Virginia A. Mathis issued a Report and Recommendation [dkt. 10], recommending that the Petition be denied as untimely. Petitioner has not filed a Response or Objection.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation [dkt. 10] is **ADOPTED**; the Petition for Writ of Habeas Corpus [dkt. 1] is **DENIED** as untimely.

DATED this 27th day of July, 2006.

_____
Earl H. Carroll
United States District Judge